*June*, 1822.                          Wallace *against* Hill.

A Note dated 4th   THE Chief Justice delivered the opinion of the Court.
December, 1820,
payable 25th De-   This was an action of Debt on a promissory Note of *Sa-*
cember *next*, not   *muel W. Wallace*, as follows :  " On  or  before the 25th day
due until 25th   " of *December* next, I promise to pay *Reuben Hill* or bearer
December, 1821.   " two hundred dollars, value received this 4th *December*,
1820.    The Writ issued 3d *March*, 1821.    The declaration
was filed at *March* term, 1821, and at *September* term, 1821,
judgment final by default was rendered.    It is now assigned
as Error,

That both Writ and Declaration shew that no cause of
action existed at the commencement of the suit or filing the
declaration.

In the construction of the language used in the Note, the
words should be taken in their most usual and known signi-
fication.   If the parties had intended that the Note should
be payable in the same month as dated, it is much more
probable that the terms used would have been " the 25th in-
stant " or 25th day of the present month, than the terms
here used, whose usual and known signification we take to
be, the 25th day of the *next month of December*.    The de-
fendant in Error contends that by the judgment by default
the cause of action is admitted.    A defendant never can be
presumed to admit, either by pleading or failing to plead, a
better cause of action than the plaintiff has set out.    He
certainly cannot fairly be presumed to admit a cause of ac-
tion when none is set out.    Taking all which is set forth in

the declaration as admitted by defendant's failing to plead, no right of action had accrued when the judgment was entered.

Let the judgment be reversed. (I Chitty's Pl. 259, 263, 4.)